COLUMBUS BAR ASSOCIATION *v.* AMOS.

[Cite as Columbus Bar Assn. v. Amos (1980),
62 Ohio St. 2d 256.]

(D.D. No. 80-4—Decided May 28, 1980.)

*Mr. Richard L. Loveland* and *Mr. Jack G. Crites,* for relator.

*Mr. Howard W. Amos, pro se.*

*Per Curiam.* Upon examination of the record and the findings of the board of commissioners, we conclude that there are ample facts to justify the board's finding that respondent violated DR 1-102(A)(3), (4), (5) and (6), DR 7-102(A)(5), (6) and (8) and DR 9-102(A) of the Code of Professional Responsibility.

In view of the foregoing, respondent is indefinitely suspended from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C. J., HERBERT, W. BROWN, P. BROWN, SWEENEY, LOCHER and HOLMES, JJ., concur.